IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA C. ALFARO,

    Plaintiff,                    No. CIV S-07-1389 GEB DAD PS

    vs.

MARK McMASTER'S CPA,       <u>ORDER</u>

    Defendant.

_____/

        Plaintiff is proceeding pro se with this action. On July 26, 2007, the undersigned recommended that plaintiff's in forma pauperis application be denied and that this action be dismissed for lack of subject matter jurisdiction. Plaintiff has filed a declaration apologizing for filing the action and stating that she "would like to not file this case." The declaration is construed as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). IT IS ORDERED that this action is dismissed at plaintiff's request, and the Clerk of the Court is directed to close the case.

DATED: August 13, 2007.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\alfaro1389.voldism